**Min Wu GAO; Biyun Zhang,
Petitioners,**

v.

**U.S. IMMIGRATION & NATURALIZA-
TION SERVICE; John Ashcroft, At-
torney General, Respondents.**

No. 02–1982.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided May 1, 2003.

Jin Tang, Law Offices of Tan & Associ-
ates, Rockville, Maryland, for Petitioner.
Robert D. McCallum, Jr., Assistant Attor-
ney General, Emily Anne Radford, Assis-
tant Director, James A. Hunolt, Office of
Immigration Litigation, United States De-
partment of Justice, Washington, D.C., for
Respondents.

Before MICHAEL, MOTZ, and
SHEDD, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Min Wu Gao and Biyun Zhang, natives
and citizens of the People's Republic of
China, petition for review of two separate
orders of the Board of Immigration Ap-
peals ("Board") affirming without opinion
the immigration judge's order denying
their applications for asylum and withhold-
ing of removal.

The decision to grant or deny asylum
relief is conclusive "unless manifestly con-
trary to the law and an abuse of discre-
tion." 8 U.S.C. § 1252(b)(4)(D) (2000).
We conclude that the record supports the
immigration judge's conclusion that Gao
and Zhang failed to establish their eligibili-
ty for asylum. *See* 8 C.F.R. § 208.13(a)
(2002); *Gonahasa v. INS*, 181 F.3d 538,
541 (4th Cir.1999). As the decision in this
case is not manifestly contrary to law, we
cannot grant the relief that Gao and Zhang
seek.

Accordingly, we deny the petition for
review. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*PETITION DENIED.*